**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 22 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ESSENCE SMITH, on behalf of herself individually and all others similarly situated,

Plaintiff,

-against-

NATIONAL CREDIT SERVICES, INC.,

Defendant.

Docket No: 17-cv-04448-WFK-JO

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Essence Smith, by her undersigned attorney, and Defendant National Credit Services, Inc., by its undersigned attorneys, that the above-captioned action is hereby dismissed, with prejudice, and without attorneys' fees and costs against any party. The class claims are dismissed without prejudice.

Dated: May 21, 2018

By: /s/ Novlette Kidd
NOVLETTE KIDD

FAGENSON & PUGLISI, PLLC
450 Seventh Avenue, Suite 704
New York, New York 10123
212) 268-2128
(212) 268-2127 (fax)
nkidd@fagensonpuglisi.com
Attorneys for Plaintiff

By: /s/ Thomas J. Slattery
THOMAS J. SLATTERY

THE SALVO LAW FIRM, P.C.
185 Fairfield Ave, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
tslattery@salvolawfirm.com
Attorneys for Defendant

The application is ✓ granted.
SO ORDERED ___ denied.

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: 5/21/2018
Brooklyn, New York